1   ALAN R. BRAYTON, ESQ., CA S.B. #73685
    DAVID R. DONADIO, ESQ., CA S.B. #154436
2   RICHARD M. GRANT, ESQ., S.B. #55677
    E-Mail:  rgrant@braytonlaw.com
3   BRAYTON✧PURCELL LLP
    Attorneys at Law
4   222 Rush Landing Road
    P.O. Box 6169
5   Novato, California  94948-6169
    (415) 898-1555
6   (415) 898-1247 (Facsimile)

7   Attorneys for Plaintiff

8

9                    **UNITED STATES DISTRICT COURT**

10                  **NORTHERN DISTRICT OF CALIFORNIA**

11

12  ANDRE WRIGHT,                          )   Case No.  3:12-cv-02555 SBA
                                           )
13              Plaintiff,                 )   STIPULATION TO REMAND ACTION
                                           )   TO STATE COURT AND ORDER
14  vs.                                    )   THEREON
                                           )
15  CROWN CORK & SEAL COMPANY,             )   [Local Rules 7-1 and 7-12; FRCP 41]
    INC., et al.                           )
16                                         )   Judge Saundra Brown Armstrong

17

18

19

20

21          Comes now Plaintiff  ANDRE WRIGHT, ("Plaintiff") and Defendant SPIRAX

22  SARCO, INC.("SPIRAX"), who file the following joint stipulation pursuant to Local Rules 7-1

23  and 7-12:

24

25          WHEREAS, Defendant SPIRAX removed this case to the United States District Court

26  for the Northern District of California on May 17,2012 on the ground that the Court has

27  "federal officer" subject matter jurisdiction under 28 U.S.C. section 1442(a) based on

28  Plaintiffs' allegations that decedent's injury was caused by alleged exposure to asbestos in

*Left margin (vertical text):* BRAYTON✧PURCELL LLP / ATTORNEYS AT LAW / 222 RUSH LANDING ROAD / P O BOX 6169 / NOVATO, CALIFORNIA 94948-6169 / (415) 898-1555

1  SPIRAX's products on various U.S. Navy or U.S. Maritime Commission vessels, and on

2  defendant's allegations that the products were manufactured under the supervision and control

3  of the United States government; and

4         WHEREAS, Defendant SPIRAX was the sole removing defendant and no other

5  defendant joined in removal or filed a separate notice of removal; and

6         WHEREAS, Plaintiffs and Defendant SPIRAX, the affected parties, have now reached a

7  resolution of Plaintiff's claims against SPIRAX whereby Plaintiff agrees to waive all claims

8  against SPIRAX relating to or arising out of  plaintiff's asbestos exposure at military jobsites or

9  aboard U.S. Navy , U.S. Government or U.S. Maritime Commission vessels.  Specifically, as of

10  the date of this stipulation, plaintiff's claims against SPIRAX are limited to plaintiff's asbestos

11  exposure on the following vessels:

12         Joseph D. Potts

13         Harbor Princess

14         Harbor Prince

15         Should Plaintiff later discover or recall any other vessel or vessels, presently unknown,

16  which have not been previously identified to date by way of discovery responses or otherwise,

17  Plaintiff agrees to waive all claims against SPIRAX relating to or arising out of  plaintiff's

18  asbestos exposure aboard any of such vessels if they are U.S. Navy , U.S. Government or U.S.

19  Maritime Commission vessels.

20         WHEREAS, Plaintiff will file a formal waiver of said claims with the Court prior to the

21  filing of this Stipulation; and

22         WHEREAS, Defendant SPIRAX'S desire for a federal forum for this action is now

23  moot given the resolution of the aforesaid claims against it; and

24         WHEREAS, Plaintiff  waives and dismisses its cause of action for punitive damages

25  against SPIRAX; and

26         WHEREAS, pursuant to the parties' resolution, Plaintiffs and Defendant SPIRAX seek

27  to have this action remanded to state court,

28         IT IS HEREBY STIPULATED by the affected parties, Plaintiffs and Defendant

2

STIPULATION TO REMAND ACTION TO STATE COURT AND ORDER THEREON

1   SPIRAX that this action shall be, and hereby is immediately remanded to the San Francisco

2   County Superior Court, the court in which it was originally filed and from which it was

3   removed.

4

5   Dated: May _____, 2012                    BRAYTON ❖PURCELL LLP

6

7                                                 By:_____

8                                                    Richard Grant
                                                     Attorneys for Plaintiffs

9

10  Dated: May_____, 2012                    TUCKER ELLIS & WEST LLP

11

12                                                By:_____

13                                                   Lance D. Wilson
                                                     Attorneys for Defendant

14                                                   SPIRAX SARCO, INC.

15

16      **PURSUANT TO STIPULATION**, **IT IS SO ORDERED**.

17          This case is REMANDED to the Superior Court of California, County of San

18  Francisco, Case No. CGC-09-275680.  The Clerk shall send a certified copy of this Order to the

19  Clerk of the Court for the Superior Court of California, County of San Francisco.

20

21  Dated: _6/7/12                        By: _____

22                                             United States District Judge

23

24

25

26

27

28

C:\Users\clarkl\AppData\Local\Temp\notes06E812\stp-remand-SPISAR.wpd          3
STIPULATION TO REMAND ACTION TO STATE COURT AND ORDER THEREON